FILED

04/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0028

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-20-0028

| | |
|---|---|
| BRAD WIEDER and LEON WIEDER,<br><br>              Plaintiffs/Appellants,<br>vs.<br><br>MISSOULA LIVESTOCK<br>EXCHANGE, LLC, ANDREW<br>JACKSON, CRAIG BRITTON and<br>DOES 1-5.<br><br>              Defendants/Appellees. | **ORDER** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice pursuant to M.R.App.P 16(5). The parties confirm that the action has been settled on the merits.

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

DATED this _____ day of April, 2020

                              For the Court,

                              By _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 24 2020